**FILED**

# UNITED STATES DISTRICT COURT
# FOR THE

NOV 1 9 2007

11-19-07

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
| v. | ) | 07CR 770 |
| EDWARD P. HILL | ) | CASE NUMBER: _____ |

The undersigned Affiant personally appeared before GERALDINE SOAT BROWN, a United States Magistrate Judge, and being duly sworn on oath, states: That at the SOUTHERN DISTRICT OF IOWA, one EDWARD P. HILL, was charged in an Indictment of violations of Sections 841(a)(1), 841(b)(1)(C) and 843(b) of the United States Code, Title 21, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
BELKIS CANTOR
Deputy United States Marshal
United States Marshal's Service

Subscribed and Sworn to before me this
19th day of November, 2007.

_____
/GERALDINE SOAT BROWN
United States Magistrate Judge

AUSA KENNETH E. YEADON

Bond set [or recommended] by issuing Court at _____

# EXHIBIT A

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

RECEIVED
USMS S/IOWA

| SOUTHERN | DISTRICT OF | IOWA |

DAVENPORT DIVISION    P 2:45

UNITED STATES OF AMERICA

v.

EDWARD P. HILL

**WARRANT FOR ARREST**

CASE NUMBER:  3:07-cr-590

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Edward P. Hill___
                                              Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution of heroin and fentanyl and unlawful use of a communication facility to distribute drugs

in violation of Title __21; 18__ United States Code, Section(s) __841(a)(1), 841(b)(1)(C) 843(b); 2__

___Thomas J. Shields___
Name of Issuing Officer

___[signature]___
Signature of Issuing Officer

Bail fixed at $___

___Chief U.S. Magistrate Judge___
Title of Issuing Officer

___August 15, 2007, Davenport, Iowa___
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED
AUG 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 3:07-cr-590 |
| v. | ) **INDICTMENT** |
| EDWARD P. HILL, | ) T. 21, U.S.C., § 841(a)(1), (b)(1)(C) |
| | ) T. 21, U.S.C., § 843(b) |
| Defendant. | ) T. 18, U.S.C., § 2 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of Drugs)**

On or about April 28, 2006, in Johnson County in the Southern District of Iowa, defendant, EDWARD P. HILL, did knowingly and intentionally distribute a mixture and substance containing heroin and fentanyl, Schedule I controlled substances.

This is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

THE GRAND JURY FURTHER CHARGES:

COUNT 2
(Unlawful use of a Communication Facility to distribute drugs)

On or about April 28, 2007, in Johnson County in the Southern District of Iowa, and elsewhere, defendant, EDWARD P. HILL, did knowingly and intentionally use a communication facility, that is, the United States Mail, in committing, causing and facilitating the offense set forth in Count 1 of this indictment incorporated by reference herein.

This is a violation of Title 21, United States Code, Section 843(b).

A TRUE BILL.

_____/s/_____
FOREPERSON

Matthew G. Whitaker
United States Attorney


By: /s/_____
Clifford R. Cronk III
Assistant United States Attorney

2