## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 770 | **DATE** | 11/19/2007 |
| **CASE TITLE** | USA vs. Edward P. Hill | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Edward P. Hill appears in response to arrest on 11/19/07. Defendant informed of his rights. The Court finds the Defendant is unable to afford counsel. Enter order appointing Robert Seeder from the Federal Defender Program as counsel for defendant for initial appearance and removal proceedings only. Defendant waives identity hearing. Order defendant removed to the Southern District of Iowa. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | NTF |
|---|---|---|